# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Charles R. Farrow Sr.<br>  Mary J. Farrow<br>     **Debtors** | BK NO. 13-02716 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

Re: Loan # Ending In: 2404

                Respectfully submitted,

                **/s/ Michael J. Clark, Esquire**
                Michael J. Clark, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322  FAX (215) 627-7734
                Attorney for Movant/Applicant