UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| CHARLES R. FARROW, SR. | Case No.: 1-13-02716-HWV |
| MARY J. FARROW | Chapter 13 |
| Debtor(s) | |

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**
Creditor Name:                  NATIONSTAR MORTGAGE
Court Claim Number:             13
Last Four of Loan Number:       2404
Property Address if applicable: 5551 MARSH ROAD, WAYNESBORO, PA  17268

**PART 2: CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $16472.49 |
| b. | Prepetition arrearages paid by the Trustee: | $16472.49 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $16,472.49 |

**PART 3: POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 18, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    CHARLES R. FARROW, SR.                          Case No.: 1-13-02716-HWV
    MARY J. FARROW                                Chapter 13
           Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of Final Cure by First Class Mail, unless served electronically, at the below address on July 18, 2018.

CHARLES R. FARROW, SR.
MARY J. FARROW
5551 MARSH ROAD
WAYNESBORO, PA  17268

NATIONSTAR MORTGAGE, LLC
ATTN:  BANKRUPTCY DEPARTMENT
PO BOX 630267
IRVING, TX,  75063

MICHAEL J CSONKA ESQUIRE
166 SOUTH MAIN STREET
KERRSTOWN SQUARE
CHAMBERSBURG PA,  17201-

Date: July 18, 2018                                     s/   Donna Schott
                                                                                  Charles J. DeHart, III, Trustee
                                                                                  Standing Chapter 13 Trustee
                                                                                  Suite A, 8125 Adams Drive
                                                                                  Hummelstown, PA  17036
                                                                                  Phone: (717) 566-6097
                                                                                  Fax: (717) 566-8313
                                                                                  eMail: dehartstaff@pamd13trustee.com